

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 02, 2023.**

_____
SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 13 |
| | § | |
| VINCENT LEMOND, Debtor | § | |
| | § | Case No. 23-10478 |
| | § | |

### ORDER GRANTING MOTION TO DISMISS CASE

CAME ON THIS DAY for consideration the *Debtor's Motion to Dismiss Case*. The Court having considered the Motion finds good cause to be shown and that the Motion should be granted. It is therefore

ORDERED, ADJUDGED and DECREED that the case is dismissed.

### ###

Dorothy K. Lawrence
Attorney for Debtor
151 E. Mercer S. Suite E.
Dripping Springs, TX 78620
Phone: 512-699-5632
Fax: 512-369-3535
dorothy@dorothybutlerlawfirm.com